No. 198. HIRSCHKOP v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Arthur Kinoy, Melvin L. Wulf,* and *Morton Stavis* for petitioner.

No. 227. CITY OF AUDUBON PARK, KENTUCKY, ET AL. v. AMERICAN AIRLINES, INC., ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Henry J. Burt, Jr.,* for petitioners. *Wilson W. Wyatt* and *Stuart E. Lampe* for respondents.

No. 244. HUNT v. ARIZONA. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Beauford James George, Jr.,* and *Clark Shanahan* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 260. GULF OIL CORP. ET AL. v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leo T. Kissam* for Gulf Oil Corp., *A. Donald MacKinnon* for Humble Oil & Refining Co., *John E. F. Wood* for Mobil Oil Corp., and *Harold F. McGuire* for Sinclair Refining Co., petitioners. *Solicitor General Griswold* and *Acting Assistant Attorney General Hammond* for respondent United States.

No. 335. ESCHMANN v. MOYER ET AL. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Floyd J. Reed* for petitioner.